## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAGE LAURES, on behalf of himself and others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, d/b/a PROGRESSIVE UNIVERSAL INSURANCE COMPANY and d/b/a PROGRESSIVE DIRECT AUTO, )<br><br>Defendant. ) | Case No. 20-cv-1047-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated October 2, 2022 (Doc. 53), Plaintiff's claims against the Defendant are **DISMISSED without prejudice.** Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  October 2, 2022**

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

**STACI M. YANDLE**
**United States District Judge**